## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

BILLY DON JAMES FISHER,

        Plaintiff,

vs.

CAROLYN W. COLVIN,
Acting Commissioner, Social Security Administration,

        Defendant.

Case No. 15-CV-226-FHM

### OPINION AND ORDER

The court has received a Corrected Stipulation to Expunge all Copies of the Administrative Record, [Dkt. 20], wherein all parties agree that the Certified Administrative Record, [Dkt. 12], contains a confidential record belonging to someone other than Plaintiff. As a result, the parties ask that the hard copy of the record submitted be destroyed and that the Administrative Record available via the CM/ECF system be expunged so that it is no longer available.

The court finds that the parties' request should be and is hereby GRANTED. The Court Clerk is directed to take actions necessary to effectuate the changes on the CM/ECF system. The Commissioner is directed to file a Corrected Administrative Record in accordance with the parties' agreement.

SO ORDERED this 14th day of January, 2016.

_Frank H. McCarthy_
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE