# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA

BILLY DON JAMES FISHER,

    Plaintiff,

vs.

CAROLYN W. COLVIN,
Acting Commissioner, Social Security Administration,

    Defendant.

Case No. 15-CV-226-FHM

## OPINION AND ORDER

On January 14, 2016, the court granted the parties request to expunge all copies of the administrative record. [Dkt. 21]. The Commissioner was directed to file a corrected administrative record. As of this date no corrected record has not been filed.

The Commissioner is hereby directed to file a corrected administrative record on or before April 22, 2016.

SO ORDERED this 4th day of April, 2016.

FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE